## United States District Court for the Northern District of Illinois

Case Number: 08cv830

Assigned/Issued By: j. n.

Judge Name: COAR

Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

Amount Due:  ☑ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☐ No Fee    ☐ Other _____
             ☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350

Receipt #: 2524385

Date Payment Rec'd: 2-7-08

Fiscal Clerk: J. N.

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__5__ Original and __0__ copies on __2/8/08__ as to A. KROLL; P. STEVENS;
                                  (Date)
A. CRISCIONE; COMMANDER A. WYSINGER; CITY OF CHICAGO
_____