UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case        08 C 830

Marvin Frazier v. Criscione, et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Adam Criscione, Andrew Kroll and Peter Stevens

| | |
|---|---|
| SIGNATURE /s/ Scott Jebson | |
| FIRM City of Chicago, Dept. Of Law | |
| STREET ADDRESS 30 N. LaSalle Street, Suite 1400 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6225243 | TELEPHONE NUMBER (312) 744-6969 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ■   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |