IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN FRAZIER, | ) | |
|     Plaintiff, | ) | |
| | ) | NO.   08 C 830 |
| vs. | ) | |
| | ) | JUDGE COAR |
| KROLL, ET AL., | ) | |
| | ) | Magistrate Judge Valdez |
|     Defendants. | ) | |

**DEFENDANTS KROLL, CRISCIONE AND STEVEN'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendants Andrew Kroll, Adam Criscione and Peter Stevens, by one of their attorneys, Scott Jebson, Chief Assistant Corporation Counsel for the City of Chicago, respectfully move for an extension of time to May 7, 2008, to answer or otherwise plead in response to plaintiff's complaint.  In support of this motion, defendants states:

1. Plaintiff filed a civil action on or about February 7, 2008, against numerous defendant police officers.

2. Chief Assistant Corporation Counsel Scott Jebson was recently notified that Defendant Criscione was served with summons and complaint on March 11, 2008, Defendant Andrew Kroll was served on March 16, 2008 and Defendant Stevens was served on March 17, 2008.

3. The undersigned has not yet met the defendants or received the necessary police reports necessary to answer to the complaint.

4. This motion is defendants' first request for an extension of time to answer or otherwise plead. This request is made not to delay the proceedings, but rather to allow defendants

time to respond properly to the allegations in plaintiff's complaint.

WHEREFORE, defendants respectfully requests that they be given an extension of time to May 7, 2008, to answer or otherwise plead in response to plaintiff's complaint.

Respectfully submitted,

   /s/ Scott Jebson
SCOTT JEBSON
Chief Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
312/744-6959
Atty. No. 6225243