IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN FRAZIER, | ) | |
|     Plaintiff, | ) | |
| | ) | NO.   08 C 830 |
|     vs. | ) | |
| | ) | JUDGE COAR |
| KROLL, ET AL., | ) | |
| | ) | Magistrate Judge Valdez |
|     Defendants. | ) | |

**NOTICE OF MOTION**

To:    Christopher R. Smith
Law Offices of Christopher R. Smith
119 N. Peoria Street, Suite 3A
Chicago, IL 60607

    **PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court via e-filing **MOTION OF DEFENDANTS KROLL, CRISCIONE AND STEVEN'S FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Coar or before such other Judge sitting in his stead, on the 15th day of April, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

    **DATED** at Chicago, Illinois this 7th day of April, 2008.

    Respectfully submitted,

By:    /s/ Scott Jebson
SCOTT JEBSON
Chief Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-6959
Atty. No. 6225243

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION** and **MOTION OF DEFENDANTS KROLL, CRISCIONE AND STEVEN'S FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on April 7, 2008, in accordance with the rules on electronic filing of documents.

/s/ Scott Jebson
SCOTT JEBSON
Chief Assistant Corporation Counsel