# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Marvin Frazier

        Plaintiff,

v.                                                                          Case No.: 1:08–cv–00830
                                                Honorable David H. Coar

A. Kroll, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable David H. Coar:MOTION by Defendants A. Kroll, P. Stevens, A. Criscione for extension of time to file answer or otherwise plead to plaintiff's complaint [9] is granted, defendants to answer or plead on or before 5/7/2008. Parties need not appear on the noticed motion date of 4/15/2008. The Rule 16(b) scheduled for 4/23/2008 is stricken– no one should appear on 4/23/2008. The Rule 16(b) Scheduling Conference is reset for 5/15/2008 at 09:00 AM. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.