IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN FRAZIER, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 08 C 830 |
| | ) | |
| v. | ) | JUDGE COAR |
| | ) | |
| CHICAGO POLICE OFFICERS | ) | MAGISTRATE JUDGE VALDEZ |
| A. KROLL, Star #14373, P. STEVENS, | ) | |
| Star #11114, A. CRISCIONE, Star # 16195, | ) | |
| COMMANDER A. WYSINGER, UNKNOWN | ) | |
| CHICAGO POLICE OFFICERS, and the | ) | |
| CITY OF CHICAGO, | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   All parties of record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Coar, or before such other Judge sitting in his place or stead, on the 22nd day of April, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 16nd day of April, 2008.

                                        MARA S. GEORGES
                                        CORPORATION COUNSEL
                                        CITY OF CHICAGO

                        BY:    /s/ Rita Moran
                                        RITA MORAN
                                        Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-4939
Attorney No.: 06270301