IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN FRAIZER, | ) | |
| | ) | No.   08 C 0830 |
| Plaintiff, | ) | |
| | ) | JUDGE COAR |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO,   et al., | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:   Christopher R. Smith
       A Law Office of Christopher R. Smith
       119 North Peoria Street - Suite 3A
       Chicago, Illinois 60607

   PLEASE TAKE NOTICE that on May 6, 2008 the City of Chicago will file its answer, defenses and jury demand to plaintiff's complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.  A copy of that document is herewith served upon you.

   I hereby certify that I have served this notice and the attached document by causing it to be mailed to the person named above at the address shown this 7th day of May, 2008.

                                             Respectfully submitted,

                                             MARA S. GEORGES,
                                             CORPORATION COUNSEL
                                             CITY OF CHICAGO

                                    By:    */s/ Kathleen D. Manion*
                                             KATHLEEN D. MANION
                                             Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 742-9866
Attorney No.  06286785