**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARVIN FRAZIER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 830 |
| | ) | JUDGE COAR |
| CHICAGO POLICE OFFICERS | ) | MAGISTRATE JUDGE VALDEZ |
| A. KROLL, Star #14373, P. STEVENS, | ) | |
| Star #11114, A. CRISCIONE, Star #16195, | ) | |
| COMMANDER A. WYSINGER, | ) | |
| UNKNOWN CHICAGO POLICE | ) | |
| OFFICERS, and the CITY OF CHICAGO, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

<u>**NOTICE OF FILING and CERTIFICATE OF SERVICE**</u>

TO:   Christopher Smith
Law Offices of Christopher R. Smith
119 North Peoria, Suite 3A
Chicago, Illinois 60607

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT WYSINGER'S ANSWER, AFFIRMATIVE DEFENSES, 12(B)(6) DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which was served upon you using the Court's Electronic Filing System which sends notification of such filing to the attorneys of record in this case.

I hereby certify that on Wednesday, May 7, 2008, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system which sends notification of such filing to the attorneys of record in this case.

**DATED** at Chicago, Illinois this 7th day of May, 2008.

Respectfully Submitted,

30 North La Salle St. #1400          BY:   /s/ Thomas Freitag
Chicago, Illinois 60602                      THOMAS H. FREITAG
(312) 742-7391                               Assistant Corporation Counsel
Attorney Number 6272245