IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARVIN FRAZIER )
 )
    v. ) No. 08-00830
 )
CITY OF CHICAGO, ET AL. ) Judge Coar

## JOINT INITIAL STATUS REPORT

A.    **Nature of the case:** Plaintiff asserts violations of his civil rights pursuant to 42 U.S.C. § 1983, including excessive force and brings state law claims for false imprisonment, malicious prosecution, and intentional infliction of emotional distress. Defendants deny any and all wrongdoing.

**Relief Sought:** Plaintiff seeks monetary relief. Plaintiff claims substantial damages, relating to physical pain, humiliation, deprivation of constitutional rights, and lost time.

B.    **Draft Scheduling Order:** The parties submit the following proposed draft scheduling order:

- Rule 26(a)(1) disclosures: July 10, 2008. Fact discovery should be noticed in time for completion by November 20, 2008.

- Expert discovery should be completed on December 20, 2008.

- Parties should be allowed until August 15, 2008 to join additional parties and amend the pleadings.

- Plaintiff proposes that dispositive motions should be filed by January 30, 2009.

1

- Plaintiff proposes that the pretrial order be due by March 18, 2009, to be filed by April 2, 2009.

**C.   Trial Status:**

- The parties request trial by jury.

- Parties anticipate a one-week trial.

**D.**   The parties do not consent to proceed before a magistrate judge.

**E.   Settlement Status:** No substantial discussions on settlement have taken place at this time.

Date:  May 8, 2008

Respectfully submitted,


  /s Christopher Smith   /s Thomas Frietag
Christopher R. Smith          Thomas Frietag
Attorney for the Plaintiff    Attorney for the Defendant Wysinger
119 N. Peoria Street          30 N. LaSalle St.,
Suite 3A                      Suite 1400
Chicago IL, 60607             Chicago, Illinois 60602


s/ Rita C. Moran              s/Kathleen D. Manion
City of Chicago               City of Chicago
30 North LaSalle Street,      30 North LaSalle Street
Suite 1020                    Suite 1020
Chicago, Illinois 60602       Chicago, Illinois 60602

2