# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Marvin Frazier

                Plaintiff,

v.

                                Case No.: 1:08−cv−00830
                                Honorable David H. Coar

A. Kroll, et al.

                Defendant.


## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Maria Valdez for the purpose of holding proceedings related to all discovery motions and all discovery disputes.(pm, )Mailed notice.


Dated: May 15, 2008

                                                          /s/ David H. Coar

                                                     United States District Judge