CH

08C 830
Frazier v.
Kroll

# FILED

MAY 15 2008

**FORM**

[ADD: CASE HEADING]
Judge David H. Coar
United States District Court

## REPORT OF PARTIES' PLANNING CONFERENCE

Pursuant to this court's order, _Christopher Smith_

representing plaintiff(s), and _Rita Moran, Kathleen Manion, and Thomas Freitag_

representing the defendant(s), met on _5/15/08_

pursuant to Rule 26(f) to discuss:

(1) the nature and basis of their claims and defenses;

(2) the possibilities for a prompt settlement or resolution of this case;

(3) to make or arrange for the disclosures required under Rule 26(a)(1); and

(4) to develop a discovery plan.

To that end, the parties propose the following:

A. The issues in this case may be simplified by taking the following steps:

1. Parties have agreed to stay Monell discovery in this case until after meaningful settlement
2. discussions and/or settlement conference.
3.
4.
5.

B. The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

1.
2.
3.
4.
5.

C.  Discovery will be needed on the following subjects:

1. *Underlying incidents*
2. *Monell*
3.
4.

D.  Discovery should/should not be conducted in phases.

E.  Discovery is likely to be contentious and management of discovery should be referred to the Magistrate Judge. Yes √   No____

F.  The parties consent/(do not consent to) this matter being referred to the Magistrate Judge for final disposition.

G.  The parties have not discussed the possibility of alternative dispute resolution and concluded:

_____

_____

H.  The parties have discussed a prompt settlement or other resolution of this matter. The plaintiff has made a written demand of $_____, and the defendant has offered $_____.

I.  The Court should consider the following methods of expediting the resolution of this matter:

*Early Settlement conference*

_____

_____
Attorney for Plaintiff

_____
Rita Moran, Kathleen Kenyon
Attorney for Defendant   *atty for def City*

*Atty for Defendant Wysinger*

Judge Coar
04/2008
this form should be e-filed on the docket