# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| FRAZIER, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-C-830 |
| | ) | |
| KROLL, et. al., | ) | Judge Coar |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

## PLAINTIFFS' MOTION FOR APPEARANCE OF COUNSEL

Plaintiff Frazier, by and through one of his attorneys, Robert W. Johnson, respectfully

seeks leave of this Honorable Court for Robert W. Johnson to enter an appearance on Plaintiff's

behalf in the above captioned matter.  In support of this motion, plaintiff states as follows:

1.      Plaintiff Frazier has elected to retain the services of Counsel Robert W. Johnson in

this matter.

2.      The instant motion is not opposed by plaintiff's current counsel, A Law Office of

Christopher R. Smith.

WHEREFORE, plaintiff respectfully requests that this Court grant Counsel Robert W.

Johnson leave to appear on behalf of Plaintiff Frazier.


/s Robert W. Johnson
_____

Robert W. Johnson
Robert Johnson P.C.
119 N. Peoria Street, Suite 3A
Chicago, IL 60607
773.485.2267

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served a copy of this Plaintiffsø Motion for Appearance of Counsel, on the below-listed attorneys by electronic means on July9, 2008 in accordance with this Courtøs rules governing electronic notice.

| | | |
|---|---|---|
| Christopher R. Smith | Thomas Frietag | Rita C. Moran, Kathleen D. |
| 119 N. Peoria Suite 3a | 30 N. La Salle, Suite 1400 | Manion |
| Chicago, IL 60607 | Chicago, IL 60602 | 30 N. La Salle, Suite 1020 |
| | | Chicago, IL 60602 |

/s Robert W. Johnson

Robert W. Johnson
Robert Johnson P.C.
119 N. Peoria Street, Suite 3A
Chicago, IL 60607
773.485.2267