## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| FRAZIER, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-C-830 |
| | ) | |
| KROLL, et. al., | ) | Judge Coar |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

### NOTICE OF MOTION

To:

| | | |
|---|---|---|
| Christopher R. Smith | Thomas Frietag | Rita C. Moran, Kathleen D. Manion |
| 119 N. Peoria Suite 3a | 30 N. La Salle, Suite 1400 | 30 N. La Salle, Suite 1020 |
| Chicago, IL 60607 | Chicago, IL 60602 | Chicago, IL 60602 |

    **PLEASE TAKE NOTICE that on** July 21, 2008 at 9:00 a.m, I shall appear before the Honorable Judge Coar, in the courtroom usually occupied by him, and then and there present the attached **Plaintiffs' Motion For Additional Counsel**, a copy of which is hereby served upon you.

                                                /s Robert W. Johnson
                                                One of Plaintiff's attorneys

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that he served a copy of this Plaintiffsø Motion for Appearance of Counsel, on the below-listed attorneys by electronic means on July 9, 2008 in accordance with this Courtøs rules governing electronic notice.

| | | |
|---|---|---|
| Christopher R. Smith | Thomas Frietag | Rita C. Moran, Kathleen D. Manion |
| 119 N. Peoria Suite 3a | 30 N. La Salle, Suite 1400 | 30 N. La Salle, Suite 1020 |
| Chicago, IL 60607 | Chicago, IL 60602 | Chicago, IL 60602 |

                                       /s Robert W. Johnson
                                       _____

                                       Robert W. Johnson
                                       Robert Johnson P.C.
                                       119 N. Peoria Street, Suite 3A
                                       Chicago, IL 60607
                                       773.485.2267