UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Marvin Frazier
                    Plaintiff,

v.                                                    Case No.: 1:08−cv−00830
                                                     Honorable David H. Coar

A. Kroll, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable David H. Coar: MOTION by Plaintiff Marvin Frazier for leave to appear as Additional Attorney for Plaintiff [28] is granted. Leave granted Christopher R. Smith to withdraw as attorney for the Plaintiff. Leave granted Robert W. Johnson to substitute and file appearance on behalf of the plaintiff. Parties need not appear on the presentment date of 7/21/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.