## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Marvin Frazier
                        Plaintiff,

v.                                                     Case No.: 1:08−cv−00830
                                                     Honorable David H. Coar

A. Kroll, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable David H. Coar: Minute entry dated 7/16/2008, #30, is corrected to reflect the following: Leave granted Robert W. Johnson to file additional appearance on behalf of the plaintiff. Christopher R. Smith will remain as one of the attorneys for the plaintiff. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.