IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARVIN FRAZIER            )
                          )
        v.                )   No. 08-00830
                          )
                          )   Judge Coar
                          )
CITY OF CHICAGO, ET AL.   )   Magistrate Judge Valdez

## JOINT INITIAL STATUS REPORT

1.  **Nature of the case:** Plaintiff asserts violations of his civil rights pursuant to 42 U.S.C. § 1983, including unlawful search and seizure and brings state law claims for false imprisonment, malicious prosecution, and intentional infliction of emotional distress. Defendants deny any and all wrongdoing.

2.  **Relief Sought:** Plaintiff seeks monetary relief. Plaintiff claims substantial damages, relating to physical pain, humiliation, deprivation of constitutional rights, and lost time; including: approximately 8 month in jail, being threatened with jail if he did not risk his life, and being put in jail for asserting his rights.

3.  A copy of the referral order is attached.

4.  No pending motions or briefing schedules.

5.  **Discovery Status:** Plaintiff has completed 26 (a) (1) disclosures and propounded written discovery.

6.  The parties do not consent to proceed before a magistrate judge.

7.  The discovery schedule has been set by Judge Coar, see referral order attached**.**

1

**8.**	Plaintiff has made a demand and would engage in a settlement conference.

Date:  August 5, 2008

Respectfully submitted,

    _/s Christopher Smith_       /s Alec M. McAusland
    Christopher R. Smith        30 N. LaSalle St.,
    119 N. Peoria Street          Suite 1400
    Suite 3A                       Chicago, Illinois 60602
    Chicago IL, 60607