UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Marvin Frazier
                      Plaintiff,

v.                                                 Case No.: 1:08−cv−00830
                                                    Honorable David H. Coar

A. Kroll, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable Maria Valdez:Magistrate Judge Status hearing held on 8/12/2008 and continued to 10/8/2008 at 09:30 a.m. on discovery. Court inquires about settlement conference. Informal settlement negotiations on going. Parties shall contact Yolanda Pagan at 312/408−5135 if a settlement conference may be fruitful. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.