UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: 08 C 830 |
|---|---|
| MARVIN FRAZIER, Plaintiff    Hon. Judge COAR | |
| v. | |
| CITY OF CHICAGO, et al,    Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago

| SIGNATURE     /s/ *Alec M. McAusland* |
|---|
| FIRM    City of Chicago, Corporation Counsel |
| STREET ADDRESS    30 N. LaSalle St., Suite 1400 |
| CITY/STATE/ZIP    Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    06202724 | TELEPHONE NUMBER    312 744-4038 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES X    NO ☐ |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES X    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES X    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.    RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |